MRS. JANIE WHITEHEAD v. CITY OF CHARLOTTE.

(Filed 6 May, 1942.)

**Appeal and Error § 38—**

APPEAL by defendant from *Burgwyn, Special Judge,* at 13 October,
1941, Extra Term, of MECKLENBURG. Affirmed.

*B. F. Wellons and J. A. McRae for plaintiff, appellee.*
*Tillett & Campbell for defendant, appellant.*

PER CURIAM. The plaintiff sued for the recovery of damages for an injury alleged to have been sustained through the negligence of defendant in permitting a defect in the street to remain unrepaired and in a dangerous condition. The plaintiff recovered a verdict, and from the ensuing judgment the defendant appealed. Upon consideration of the appeal the Court was evenly divided—three to three—*Justice Schenck* not sitting. Therefore, the judgment of the court below stands affirmed, and this decision does not become a precedent. *Smith v. Bottling Co.,* ante, 202, 19 S. E. (2d), 250; *Adams v. Murphrey, ante,* 165, 19 S. E. (2d), 250; *Seay v. Ins. Co.,* 213 N. C., 660, 197 S. E., 151.

Affirmed.